FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES PIERCE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN - SULLIVAN,<br><br>　　　　Respondent. | Case No. SACV 11-1974 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed for the reasons set forth in the Court's related Order.

DATED: April 18, 2012

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY