FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES PIERCE,<br>    Petitioner,<br>v.<br>WARDEN - SULLIVAN,<br>    Respondent. | Case No. SACV 11-1974 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed for the reasons set forth in the Court's related Order.

DATED: April 18, 2012

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY